

**MEMO ENDORSED**

| | | |
|---|---|---|
| **HON. MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

September 9, 2025

**VIA ECF**
Hon. Gary Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

      Re:    *R.H., et al. v. New York City Dep't. of Educ.,* 25-cv-5722 (JMF)(GS)

Dear Magistrate Judge Stein:

      I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA") as well as for this action.

      Defendant writes to respectfully request that 1) the August 1, 2025 answer deadline be extended 90 days *nunc pro tunc* to December 8, 2025 and 2) the September 19, 2025 joint status letter deadline also be extended 90 days to December 18, 2025. I sincerely apologize for the lateness of this request, which was due to an administrative error. Plaintiff consents to these requests. This is the first request for an extension. The requested extension will allow Defendant to complete its internal review process, once it receives billing records from Plaintiff, and then make a request for settlement authority to the NYC Comptroller's Office.

      Accordingly, Defendant respectfully requests that the answer deadline be extended to December 8, 2025, and that the joint status letter deadline be extended to December 18, 2025.

      Thank you for considering these requests.

                                                Respectfully submitted,

                                                /s/

                                              Martha Nimmer
                                             Special Assistant Corporation Counsel

cc: Michele Kule-Korgood, Esq. (via ECF)

Application granted. The deadline to answer, move, or otherwise respond is hereby extended to Monday, December 8, 2025, and the deadline to file a joint status letter is adjourned to Thursday, December 18, 2025.

Date:   September 11, 2025
        New York, NY

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

2