

# MEMO ENDORSED

| | | |
|---|---|---|
| **HON. MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

December 8, 2025

**VIA ECF**
Hon. Gary Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

      Re:    *R.H., et al. v. New York City Dep't. of Educ.,* 25-cv-5722 (JMF)(GS)

Dear Magistrate Judge Stein:

      I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA") as well as for this action.

      Defendant writes to respectfully request that i) the December 8, 2025 answer deadline be extended, *nunc pro tunc*, to January 8, 2026 and ii) the December 18, 2025 joint status letter deadline be extended to January 22, 2026. I sincerely apologize for the lateness of this request, which was due to illness. Plaintiff consents to these requests. This is the second request for an extension. The first request was made on September 9, 2025 and granted by Your Honor on September 11, 2025. The requested extension will give Defendant time to receive settlement authority and then make an offer to Plaintiff. The parties are hopeful that they can settle this matter without further burden on the Court's time.

      Accordingly, Defendant respectfully requests that the answer deadline be extended to January 8, 2026, and that the joint status letter deadline be extended to January 22, 2026.

      Thank you for considering these requests.

Application granted. The deadline to answer, move, or otherwise respond is hereby extended to Thursday, January 8, 2026, and the deadline to file a joint status letter is extended to Thursday, January 22, 2026. SO ORDERED.

Respectfully submitted,

/s/
_____
Martha Nimmer
Special Assistant Corporation Counsel

Date:   December 9, 2025

*Gary Stein*
**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**