

**HON. MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

January 7, 2026

**VIA ECF**
Hon. Gary Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re:    *R.H., et al. v. New York City Dep't. of Educ.,* 25-cv-5722 (JMF)(GS)

Dear Magistrate Judge Stein:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA") as well as for this action.

Defendant writes to respectfully request that i) the January 8, 2026 answer deadline be extended to January 15, 2026 and ii) the January 22, 2026 joint letter deadline be extended to January 29, 2026.  Plaintiff consents to these requests.  This is the third request for an answer extension and the third request for an extension of the joint letter deadline.  The first request was made on September 9, 2025 and granted by Your Honor on September 11, 2025.  The second request was made on December 8, 2025 and granted by Your Honor the following day.  The requested extension will give Defendant time to receive settlement authority and then make an offer to Plaintiff.  The parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, Defendant respectfully requests that the answer deadline be extended to January 15, 2026 and the joint letter deadline be extended to January 22, 2026.  Thank you for considering this request.

Respectfully submitted,

/s/
Martha Nimmer
Special Assistant Corporation Counsel

cc: Michele Kule-Korgood, Esq. (via ECF)

Application granted.  Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended to January 15, 2026.  Additionally, the deadline for the parties to submit a joint status letter is extended to January 29, 2026.

SO ORDERED.

Date:   New York, New York
        January 12, 2026

Gary Stein
United States Magistate Judge
Southern District of New York