

| HON. MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br># LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARTHA NIMMER<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

MEMO ENDORSED

January 15, 2026

**VIA ECF**

Hon. Gary Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Re:    *R.H., et al. v. New York City Dep't. of Educ.,* 25-cv-5722 (JMF)(GS)

Dear Magistrate Judge Stein:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA") as well as for this action.

Defendant writes to respectfully request that i) the January 15, 2026 answer deadline be extended to February 13, 2026 and ii) the January 22, 2026 joint letter deadline be extended to February 20, 2026. Plaintiff consents to these requests. I apologize for the tardiness of this request. This is the fourth request for an answer extension and the fourth request for an extension of the joint letter deadline. The first request was made on September 9, 2025 and granted by Your Honor on September 11, 2025. The second request was made on December 8, 2025 and granted by Your Honor the following day. The third request was made on January 7, 2026 and granted by Your Honor on January 12, 2026. The requested extension will give the parties additional time to work toward settlement. The parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, Defendant respectfully requests that the answer deadline be extended to February 13, 2026 and the joint letter deadline be extended to February 20, 2026. Thank you for considering these requests.

Respectfully submitted,

/s/

Martha Nimmer
Special Assistant Corporation Counsel

cc: Michele Kule-Korgood, Esq. (via ECF)

Application granted. Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended to February 13, 2026. Additionally, the deadline for the parties to submit a joint status letter is extended to February 20, 2026. However, given the number of extensions in this case, the parties are warned that any future applications for an extension **must** describe what settlement efforts were made during the interim and why a further extension is necessary.

Date:    January 21, 2026

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE