

**HON. MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

February 11, 2026

**VIA ECF**
Hon. Gary Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re:   *R.H., et al. v. New York City Dep't. of Educ.,* 25-cv-5722 (JMF)(GS)

Dear Magistrate Judge Stein:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA") as well as for this action.

Defendant writes to respectfully request that i) the February 13, 2026 answer deadline be extended to February 27, 2026 and ii) the joint status letter deadline be extended to March 6, 2026.  Plaintiff consents to these requests.  This is the fifth request for an answer extension and the fifth request for an extension of the joint status letter deadline.  The first request was made on September 9, 2025 and granted by Your Honor on September 11, 2025.  The second request was made on December 8, 2025 and granted by Your Honor the following day.  The third request was made on January 7, 2026 and granted by Your Honor on January 12, 2026.  The fourth request was made on or about January 19, 2026 and granted by Your Honor the following day.  Since mid-January, the parties have been engaged in settlement discussions—Defendant has made four offers and Plaintiff has made four counter demands.  The parties are hopeful that this last extension will give them time to reach a settlement.

Accordingly, Defendant respectfully requests that the answer deadline be extended to February 27, 2026 and the joint letter deadline be extended to March 6.  Thank you for considering these requests.

Respectfully submitted,

/s/
_____
Martha Nimmer
Special Assistant Corporation Counsel

2

cc: Michele Kule-Korgood, Esq. (via ECF)

Application granted.  Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended to February 27, 2026. Additionally, the deadline for the parties to submit a joint status letter is extended to March 6, 2026. However, given the number of extensions in this case, the Court will be disinclined to grant further extensions absent extraordinary circumstances.

SO ORDERED.

Date:   New York, New York
        February 18, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

2